IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

JAIME OSEGERA-GONZALEZ, et al.,

        Defendants.

No. CR 08-126-MO

ORDER

**MOSMAN, J.,**

     On April 2, 2009, Magistrate Judge Paul Papak issued an Opinion and Order resolving a discovery dispute in the above captioned case, recommending that defendants Padilla-Diaz (#84) and Perez-Huerta's (#87) motion to compel be granted in part and denied in part.

     This court has reviewed the magistrate judge's findings and conclusions *de novo*. Judge Papak's Opinion and Order (#104) is hereby ADOPTED as the findings and conclusions of this court.

     IT IS SO ORDERED.

     DATED this  8th  day of April, 2009.

                                       /s/ Michael W. Mosman
                                       MICHAEL W. MOSMAN
                                       United States District Judge

PAGE 1 - ORDER